IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Thomas Coleman, | ) | C/A: 3:16-701-JFA |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| Trans Union, LLC, Experian Information | ) | |
| Solutions, Inc., Equifax Information Services, | ) | |
| LLC, The National Collegiate Student Loan | ) | |
| Trust 2005-2, The National Collegiate Student | ) | |
| Loan Trust 2006-1, Pennsylvania Higher | ) | |
| Education Assistance Agency, Inc., d/b/a | ) | |
| American Education Services (AES), | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

In this recently filed action, the Court wishes to conduct a conference with the attorneys of record pursuant to Rule 16 of the Federal Rules of Civil Procedure. The Court will conduct the Rule 16 conference in Chambers on Thursday, April 7, 2016 at 10:30 a.m. in the Matthew J. Perry, Jr. Federal Courthouse, 901 Richland Street, Columbia, South Carolina.

Matters to be taken up at the conference will include all those items identified in Rule 16(a) and (c).

The attorneys of record shall themselves conduct a conference pursuant to Rule 26(f) no later than 21 days prior to the Rule 16 conference and shall attend the Rule 16 conference prepared to provide the Court with an oral Rule 26(f) report that will assist the Court in formulating a scheduling order.[1]

---

[1] It should be noted that this Court's practice of meeting with the attorneys in person and receiving an oral Rule 26(f) report may not be consistent with the practice of other judges in this district.

At the conclusion of the conference, the Court will announce certain deadlines to be met for the duration of this case and a written scheduling order will be entered.

IT IS SO ORDERED.

*[Signature: Joseph F. Anderson, Jr.]*

March 11, 2016               Joseph F. Anderson, Jr.
Columbia, South Carolina     United States District Judge

---

Because of the procedures outlined in this order, there is no need for the parties to file a written Rule 26(f) report, as required by other judges in the district.

2