IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Thomas Coleman,<br><br>      Plaintiff,<br><br>vs.<br><br>Trans Union, LLC, Experian Information Solutions, Inc., The National Collegiate Student Loan Trust 2005-2, Pennsylvania Higher Education Assistance Agency, Inc. d/b/a American Education Services (AES),<br><br>      Defendants. | C/A No. 3:16-cv-701-JFA<br><br><br>**ORDER** |

The court, having been advised by counsel that the Plaintiff has settled with Defendant Trans Union, LLC, hereby orders that this action be dismissed with respect to Defendant Trans Union, LLC without costs and without prejudice. If settlement is not consummated within a reasonable time, either party may, within 60 days, petition the court to reopen the action and restore it to the calendar. *See* Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, either party may, within 60 days, petition the court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax Cnty.*, 571 F.2d 1299 (4th Cir. 1978).

The dismissal hereunder shall be *with prejudice* if no action is taken under either alternative within 60 days from the filing date of this order.

IT IS SO ORDERED.

May 16, 2016
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge